

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵
PITNEY BOWES
JAN 22 2015

1/21/2015
MORGAN, TEDRICK DEWAYNE   Tr. Ct. No. W-24035-B-1   WR-82,556-02
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

No longer here

TEDRICK DEWAYNE MORGAN
RANDALL COUNTY CORRECTIONAL CENTER
9100 S. GEORGIA
AMARILLO, TX 79118

RETURNED TO SENDER

EBN3B 79118